# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA STEWART, | Civil Action No. 2:17-cv-770 |
| Plaintiff, | |
| v. | United States Magistrate Judge Cynthia Reed Eddy |
| TED DALLAS, in his official capacity; ROBERT SNYDER, in his individual Capacity; JOHN DOE #1, in his or her individual capacity; JOHN DOE #2, in his or her individual capacity; JOHN DOE #3, in his or her individual Capacity; MHM SOLUTIONS, INC.; and MHM SERVICES, INC. | |
| Defendants. | |

## ORDER

AND NOW, this 22nd day of November, 2017, upon consideration of the Motions to Dismiss filed by Ted Dallas and Robert Snyder (ECF No. 21) and MHM Solutions, Inc. and MHM Services, Inc. (ECF No. 19), and for the reasons set forth in the accompanying opinion, IT IS HEREBY ORDERED as follows:

**1.** The Motion to Dismiss filed by Defendants Ted Dallas, in his official capacity, and Robert Snyder, in his individual capacity, (ECF No. 21) is granted in part and denied in part as follows.

    **A.** The motion is **GRANTED** to the extent that the Amended Complaint is asserted against "TED DALLAS, in his official capacity." "TED DALLAS, in his official capacity," is hereby DISMISSED from this action. The Clerk of Court is hereby ordered to amend the caption to include as a Defendant: "TED DALLAS, in his individual capacity."

    **B.** The motion is **DENIED** in all other respects.

1

2. The Motion to Dismiss filed by MHM Solutions, Inc. and MHM Services, Inc. (ECF No. 19) is **DENIED**.

Pursuant to Federal Rule of Civil Procedure 12(4)(A), Defendants Ted Dallas, Robert Snyder, MHM Solutions, Inc., and MHM Services, Inc. shall file a responsive pleading on or before **December 13, 2017.**

BY THE COURT

s/Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge